

**EXHIBIT 1**

PIcture of certain devices in bags with zero custodial signage.

# EXHIBIT 2



Another PIcture of certain devices in bags with zero custodial signage.



Another PIcture of certain devices in bags with zero custodial signage.

# EXHIBIT 4



Another PIcture of certain devices in bags with zero custodial signage.



**EXHIBIT 5**

Few papers listing passwords from the original silver binder, missing a majority of the 31 and no binder with it.

**EXHIBIT 6**

Additional picture of username/passwords non responsive



Additional picture of username/passwords non responsive

# EXHIBIT 8

BitLocker Drive Encryption recovery key

To verify that this is the correct recovery key, compare the start of the following identifier with the identifier value displayed on your PC.

Identifier:

9808D8F9-DA48-433C-922C-6ED2E7E9F897

If the above identifier matches the one displayed by your PC, then use the following key to unlock your drive.

Recovery Key:

603955-700381-307384-140305-269918-355487-204732-549549

If the above identifier doesn't match the one displayed by your PC, then this isn't the right key to unlock your drive.
Try another recovery key, or refer to https://go.microsoft.com/fwlink/?LinkID=260589 for additional assistance.

Picture of encryption key non responsive to the materials wanted



**EXHIBIT 9**

Nick
Kale
Anne                                    .u-upper
Kalen — Ivanov — Peter          Horem

Goog  1982 — May — 29th           Justin Mallman
                                   f 12  1982
        Clark Clark @ 2SMP — upper    Hekkor @ 1792
                                   Cotecker
                                   NordVPn + Pass

Clarion Projects              Kasper @ 2323
                                   Adde
Clarion Cars

Movie          System @ 7350 @ trump 2020

Documention Site      dsf @ gopmasi

Need Bz Sr Nodline
                        Gesk @ 00 20-13-000
FB Account                    NP

Market Place   Anime

**Additional picture of username/passwords**

**EXHIBIT 10**

~~Seth~~ Seth A Qturaio

~~Seth AAQPrivaMail.com~~

8AAF5e75C04AB66497724A8b8e

1Password — Across-the-Sea-I-saw-a
-Sky-A-light-and-a-Fry

A3-MJtMRZ-92G34m-PPK18-98Rn7-~~V4w2e~~
V9w2e

@Cb3KL — Recovr

Additional picture of username/passwords non responsive

**EXHIBIT 11**

from Clarion.com

Clarion dand buzz          PcRecover

Venags datty/buzz          Portion Prevent
                            Bar   Submit
Jefferson buzz              Chicken mouse
                            faculty Vendor
                            depth Choice
                            Caurta Power

ᵘ              Carbon baN

                    Root
Q[Ind]O] Hello 917 FBi Q613

                    Only the FBI Bc key

SyS Q101 Heno412 Cia Q613

Carbon Boots - Carban captano

AKM7744Q101 Piratenov

**Additional picture of username/passwords non responsive**

**EXHIBIT 12**

RTTSeth@ProtonMail.com

37BODXHVXMX1ZA1653QH

3 7 BESTBUY OMELET DRIP XBOX HULU VISA XBOX MUSIC XBOX 1 ZIP APPLE 1 6 5 3 QUEEN HULU

AxonMap@ProtonMail.com

4040Mystery4040

40404040Mystery

**AxonMap – Google Account**

5829Mystery5829

Dec 12 1990

10/25/2018

Computer Gender

Female

Across-the-desert-I-saw-a-
Cow-123-Meow-Sit-down-All-Around

A'3-PtN78H-CddR6w

XXQUK-HP5yL-Q2RF5-E6tGP

**Mega.co.nz**

Esp19Esp20Esp21

**Bedroom Comp**

^^IPAD^^iphone@@leave**me!!alone / 1-9 x3

**Macbook Pro 1 –**

HTNC-JJH9-E9MD-QCGF-63WY-JU4Y

020NarlyFarlyCharly020

Additional picture of username/passwords non responsive. This is what the sheets look like that are missing. Will say computer name top left and code(s) below.

# EXHIBIT 13

BitLocker Drive Encryption recovery key

To verify that this is the correct recovery key, compare the start of the following identifier with the identifier value displayed on your PC.

Identifier:

6B7D6107-B8B5-4BDA-AEBB-42FA22D15038

If the above identifier matches the one displayed by your PC, then use the following key to unlock your drive.

Recovery Key:

566852-008470-629112-466059-381799-109813-697796-274857

If the above identifier doesn't match the one displayed by your PC, then this isn't the right key to unlock your drive.
Try another recovery key, or refer to https://go.microsoft.com/fwlink/?LinkID=260589 for additional assistance.

**Picture of encryption key non responsive to the materials wanted**

label — lid

**EXHIBIT 14**

1. Print an invoice from ~~scanning it into the~~ ... ~~received zone~~ ... eived at the loading dock, and

   lotion components + Dclase

2. Taking it from the received zone at the loading dock and scanning it into a location on the shelf in the warehouse with adhesive barcode on that location on the warehouse shelf.

   ID to Shelf ✓ Not Needed NU Breakdewn

3. Scanning from the warehouse shelf into the production room to make finished goods/kits.

   Shelf to ℞ Production Room

4. Print an adhesive label to put on the proper location/shelf in the finished goods/kits room.

   labl Prit

5. Scanning finished goods/kit from the production room into the finished goods/kits room as a finished product/kit in our sellable inventory room.

   Production goods Room to sellable

   Then I would like to walk through an order process to fulfill an order:

1.
2. Print a new order from the system. Delivers — Prnt one
3. Go into finished goods/kit room and scan the finished products/kits to put in a bin to get ready to ship. — Mike Fereve
4. Print shipping label — Need USPs logsin
5. Scan finished goods as shipped and complete the shipped order.


- Walk through product management tool
- Other questions that will arise.

   Note fur 5

Picture describing the inventory system that's in the record and the audio recording with Raybuck

Inventory Analyst: RY, KC, LR

**EXHIBIT 15**

| PRODUCT CODE | QU... | | MG |
|---|---|---|---|
| BB-60 | 20 | Bath Bomb Lavender | 60mg |
| BB-1-60-EU | 31 | Bath Bomb Eucalyptus | 60mg |
| BB-1-60-IF | 27 | Bath Bomb Island Flower | 60mg |
| BP-12-200L | 47 | Essential Ingredients with CBD - purple scented | 200mg |
| BP-12-200-B | 44 | Essential Ingredients with CBD -Baby Blue scented | 200mg |
| PEP-50L | 65 | Pedi-Powder-Purple relax scent | 50mg |
| PEP-50B | 82 | Pedi-Powder-Baby Blue Calm scent | 50mg |
| CP-30-500 | 20 | Daily CBD Capsules (30 Count) | 500mg |
| CP-30-750 | 19 | Daily CBD Capsules (30 Count) | 750mg |
| CP-30-1000 | 31 | Daily CBD Capsules (30 Count) | 1000mg |
| CP-30-1500 | 8 | Daily CBD Capsules (30 Count) | 1500mg |
| CP-5-75 | 12 | Daily CBD Capsules (5 Count) | 75mg |
| TAB-30-300-PM | 57 | Daily CBD Tablets 300mg - Peppermint | 300mg |
| TAB-30-750-PM | 67 | Daily CBD Tablets 750mg - Peppermint | 750mg |
| LOT-2-100 | 57 | Daily Lotion w/CBD 2 oz | 100mg |
| LOT-2-300 | 70 | Daily Lotion w/CBD 2 oz | 300mg |
| LOT-2-500 | 24 | Daily Lotion w/CBD 2 oz | 500mg |
| LOT-4-200 | 36 | Daily Lotion w/CBD 4 oz | 200mg |
| LOT-4-600 | 42 | Daily Lotion w/CBD 4 oz | 600mg |
| LOT-4-1000 | 23 | Daily Lotion w/CBD 4 oz | 1000mg |
| LOT-8-400 | 17 | Daily Lotion w/CBD 8 oz | 400mg |
| LOT-8-1200 | 5 | Daily Lotion w/CBD 8 oz | 1200mg |
| LOT-INK-4-200 | 32 | Daily Tattoo Lotion w/CBD 4 oz | 200MG |
| LOT-INK-8-400 | 16 | Daily Tattoo Lotion w/CBD 8 oz | 400MG |
| ZWD-1-250-NF | 70 | Daily CBD Drops 1oz-Natural Flavor | 250mg |
| ZWD-1-500-NF | 50 | Daily CBD Drops 1oz-Natural Flavor | 500mg |
| ZWD-1-1500-NF | 38 | Daily CBD Drops 1oz-Natural Flavor | 1500mg |
| ZWD-1-3000-NF | 17 | Daily CBD Drops 1oz-Natural Flavor | 3000mg |
| ZWD-1-250-TI | 44 | Daily CBD Drops 1oz- Tropical Island | 250mg |
| ZWD-1-500-TI | 81 | Daily CBD Drops 1oz - Tropical Island | 500mg |

**Picture of materials printed for the inventory system that's in the record and the audio recording with Raybuck**

Re...  ...logy

**EXHIBIT 16**

Notice of Completion – Invoice Number INV-53454

January 25th, 2018
Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: INV-53454

The Invoice Number INV-53454 Contains 1 Service That Was to Be Rendered

1) 5 PCK Gummy Tropical - 5 Pack - 200 CT - ZuRI Branding
2) Unfinished

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to The. You hereby Understand and Confirm That Red Thread Technology, LLC has completed all services under invoice number INV-53454. You hereby confirm the payment for services is satisfied and in Completed Condition.

Name: _Scott Raybuck_

Date: _1/27/19_

Signature: _____

**Additional signoff sheet for work done**



**EXHIBIT 17**

**Comprehsive documentation of projects and proof of keeping such**



**EXHIBIT 18**

Additional Right Picture Comprehsive documentation of projects and proof of keeping such



**EXHIBIT 19**

Devices just shoved in boxes with no custody control on all and no custody information written for chain.



**EXHIBIT 20**

**Box of Additional Government Seized Documents Related**



**EXHIBIT 21**

Devices just shoved in boxes with no custody control on all and no custody information written for chain. pt2



**EXHIBIT 22**

Mr aikens sitting infront after revieiwng all documents and objects.



**EXHIBIT 23**

Picture of LLC books not how originally taken.



**EXHIBIT 24**

Devices just shoved in boxes with no custody control on all and no custody information written for chain.



**EXHIBIT 25**

**Damaged HP PC casing**

# EXHIBIT 26



**Chat with Marco From PureFormCBD**

4/25/2019 4:45:56 PM - 8/23/2019 1:37:19 PM

**Export Details:**

Device Phone Number  +1 (814) 229-4916

Device Name  iPhone

Device ID  6034b9961c25133cca9b76ceb1cabb4feaca7d53

Backup Date  Tuesday, October 1, 2019 5:24 PM

Backup Directory  C:\Users\PCThree\AppData\Roaming\Apple Computer\MobileSync\Backup\6034b9961c25133cca9b76ceb1cabb4fe

iOS  12.4

Current Time Zone  (UTC-05:00) Eastern Time (US & Canada)

Created with  iExplorer v4.3.0

**Participants:**

+1 949-510-4565, Marco From PureFormCBD

Thursday, April 25, 2019

Good evening Marco.

I sent that over to you a bit earlier.

Let me know if you have any questions.    4:45 PM

4:58 PM

Marco From PureFormCBD
Hi Seth,
I just printed it up and I am making a photocopy of my license. Am
I to fax my SS along with the CA Drivers license?

Yes    5:01 PM

No problem take your time    5:01 PM

5:06 PM

Marco From PureFormCBD
The 25 page document requires my signature and date on the final
page correct?

Page 1

Page 7

Page 11

**Proof additional forensic backups exist of messages on a computer the government hasn't examined.**



**EXHIBIT 27**

# Red Thread Technology
## Credit Card Processing Integration Agreement

Purest Form CBD ("Client") is hiring Red Thread Tech, LLC ("Software Development Company") to do certain work. The following sets forth the agreement between these two parties and binds them both.

### Scope of Work

Creation of the following items

- Virtual Integration with WordPress Application (Exhibit 1)
- Avare Pay Credit Card Processing (Exhibit 2)

The final deadline for completing the above work is: May 31st, 2019

However testing and other misc. Items such as submission (Submission ONLY of an App – Apple Platform/Google Platform), bug fixes, design, development changes, integration changes, security changes and other items the Software Development Company deems will take longer shall be completed on or before June 30th, 2019.

### Payment

Client will pay the Software Development Company:

- A flat fee of $5,000 for Cost of Service in Relation to Exhibit 1 & 2
- A flat fee of $5,000 Exclusive Access Fee for Avare Pay Services by Red Thread Tech, LLC

These fees are due at the signing of this agreement.

### The Following items Apply:

- Client will reimburse Software Development Company's reasonable expenses with prior approval.

Upon completion of the work, Software Development Company will invoice Client for any amount due. Payment is due on the invoice date, or as specified in the invoice. All client files are held until balance is paid. Files are released upon completion of balance.

Any amount not received by its due date will collect interest at 6.0% per month, or legally allowable maximum if this amount exceeds it.

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814-201-9106
718 S 5th Ave, Clarion, PA 16214 - RedThreadTech.com

Page | 1
Doc ID: 4b7d2ac32599dca1097d0464086d75f50ff18

Phone: 1-800-57... ...ed Thread Technology | Fax: 814-201-9106
718 S 5th Ave, Clarion, PA 16214 - RedThreadTech.com

**Proof of Credit Card Procesing Agreement**



**EXHIBIT 28**

Description of Events

Red Thread T



## Red Thread Technology

### Saybook Gardens Service Contract

Scott Andrus ("Client") is hiring Red Thread Tech, LLC ("Development Company") to do certain work. The following sets forth the agreement between these two parties and binds them both.

### Scope of Work

Creation of the following items

- Create a Basic Design for a Printed Catalog of The Basic Website Inventory in Which Client chooses 1 time to run a print with. X 200 – Client will choose what items go in the magazine and be sent a review copy, and then a finalization copies before printing. Client can make suggestions to the editing and design during these stages of design.

- Create a Basic Website with Product Management & Basic Management Features to showcase items which Client deems a necessary item to display to a potential consumer within categories as listings, with WYSIWYG editing to write Product descriptions into and upload a photo for detail. Additional photos can be added.

- Create a Basic Application for iOS & Android, this App will pull items via an APi to showcase the same information. Product Name, Product Category, Product Image, Product Description and other basic data related to all Product Listings.

- Design & Print 250 Yard Signs to Promote Saybrook Gardens. This requires a design review phase.

- Setup Facebook Page & integrate Products from the Website into the Facebook Shop Page.

Client is responsible for getting content, images, access to inventory, design palette and verbiage. Without such information Development Company cannot finish this Contract.

If Project Requires Designs Client will be sent designs for review within 3 weeks of this agreement starting, Client will be responsible for reviewing and approving the designs.

The final deadline for completing the above work is: April 4th, 2020 however testing and other misc. Items such as submission (submission ONLY of an App – Apple Platform/Google Platform), bug fixes, design and other items the developer deems will take longer shall be completed on or before April 30th, 2020 and in some cases longer by notice from Development Company via certified mail and or electronic email.

Development Company is hired for the sole purpose of writing and creating computer/program code. Development Company is not in anyway responsible for rejected app store listings or any issues arising out of app store listings. Client is responsible for ensuring the app matches community standards and all applicable terms & policies set fourth by the platform(s).

Service as quivalent.

ber

0.00

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814-201-9106
718 S 5th Ave, Clarion, PA 16214 - RedThreadTech.com

age / 3

**Scope of work for Scott Andrus indicating the missing saybrooks garden website is indeed real**



**EXHIBIT 29**

Additional Owl Mobile contract with Ryan Beichners Girlfriends Brother Paul's Pizza Shop showing Real Work Ryan would know about ZuRI's quote book from QUEST/TRG who i outbid and outbuilt.

**EXHIBIT 30**

**Warning**: fopen(): Filename cannot be empty in /home/zuricb5/public_[...] wp-includes/functions.php on line **4848**

**Warning**: fread() expects parameter 1 to be resource, boolean given in /home/zuricb5/public_html/wp-includes/functions.php on line **4851**

**Warning**: fclose() expects parameter 1 to be resource, boolean given in /home/zuricb5/public_html/wp-includes/functions.php on line **4854**

**Warning**: session_start(): Cannot send session cookie - headers already sent by (output started at /home/zuricb5/public_html/wp-includes/functions.php:4848) in /home/zuricb5/public_html/wp-content/plugins/woocommerce-points-and-rewards/includes/class-woo-pr-public.php on line **27**

**Warning**: session_start(): Cannot send session cache limiter - headers already sent (output started at /home/zuricb5/public_html/wp-includes/functions.php:4848) in /home/zuricb5/public_html/wp-content/plugins/woocommerce-points-and-rewards/includes/class-woo-pr-public.php on line **27**

**Fatal error**: Cannot redeclare wploop_backdoor() (previously declared in /home/zuricb5/public_html/wp-content/plugins/my-custom-functions/inc/php/functional.php(94) : eval()'d code:3) in /home/zuricb5/public_html/wp-content/themes/Divi/functions.php on line **9886**

Example of printed error that happened during course of business with ZuRI.

# EXHIBIT 31



**Picture of proof of life of the files contained**

[Seth Aikens]
EMAIL: Seth@RedThreadTech.com
DOMAIN: zuricbd.com
Support Category: WordPress
VERIFICATION (auto): RV5STNFN
QUESTION:
Is there a backup for the website as of 24 hours ago? It got hacked i kno~~~~~~~~~~

**EXHIBIT 32**

[Tony W.]

Hello Seth Aikens, my name is Tony W. Thanks for contacting us today!

[Seth Aikens] Hey Man.
[Seth Aikens] I know i have the VPS package, do you keep data retention up to 10gb?

[Seth Aikens] Old developer of client hacked website, i'm trying to re install it all would help if you had a backup.
[Seth Aikens] Forgot to take a snapshot.
[Seth Aikens] "Included with all Business Class and Virtual Private Server accounts InMotion Hosting maintains automated, incremental backups that run every 24 - 36 hours. This service is provided at no additional charge for accounts that are not in excess of ten gigabytes (10 GB) in size. Should the account exceed 10 GB, the service would still be available for an additional service charge."
[Tony W.] I am happy to see if we have a backup, Seth. Give me 3 - 5 minutes to get the account pulled up and to look in the backup node.
[Seth Aikens] Really hope you do haha.
[Seth Aikens] Thanks so much man, don't want to have to do it again haha.
[Seth Aikens] I identified the backdoor he installed (Shell) so i can edit it once backed up.
[Tony W.] Thank you for holding, Seth.
[Seth Aikens] Sure thing man.
[Tony W.] You are lucky. Your account is over 10GB but somehow we do have a backup of your VPS.
[Seth Aikens] Haha you're the man.
[Seth Aikens] This saves me so much time lol.
[Tony W.] That being said, the backup was taken at 7 am this morning.
[Tony W.] Is that sufficient?
[Seth Aikens] Looks like the damage was already done at 7am.
[Seth Aikens] [05/Sep/2018:06:19:14 -0400] "POST /my-account/lost-password/
[Seth Aikens] 6:19 AM Eastern Time for me. Not sure what the server is set to.
[Tony W.] What we can do is submit a request to have a restore done from the backup. If it works, great. If not, I guess we're not any worse off than before the restore..
[Seth Aikens] How long does that take?
[Seth Aikens] My client really doesn't have 24 hours.
[Tony W.] It depends on exactly what needs to be restored.
[Seth Aikens] Ok
[Seth Aikens] Ill see what i can do myself.
[Seth Aikens] If not can i request this immrw?
[Tony W.] Let me have your backups paused so that this doesn't get overwritten. Can you hold 5 - 10 minutes while I have those paused?
[Seth Aikens] Yup
[Seth Aikens] Do you happen to have a zip of the directory and the sql file?
[Tony W.] Which directory and which database?
[Seth Aikens] it would have just been www or html
[Seth Aikens] i have a backup of the SQL.
[Seth Aikens] I'm not sure which you all have listed.
[Tony W.] We have a backup of every directory on the VPS.
[Seth Aikens] Can you just send me the entire backup?
[Seth Aikens] Or a URL i can wget from a server?
[Tony W.] I can see about getting a download link for you. Please hold for about 5 - 10 minutes while I look into this for you.
[Seth Aikens] Thanks man.
[Seth Aikens] That would work best.
[Tony W.] Thank you for holding, Seth. Mathew from our Systems Administration Team is saying that we are unable to do this. I apologize.
[Seth Aikens] All good.
[Seth Aikens] Got a backup, thanks anyway.
Curios why not however?
[Tony W.] I can have the backup paused so that it doesn't get over written.
[Seth Aikens] I have it restored. Thanks for ur help.
Tony W. is typing

Picture with InMotion support after ZuRI's previous developer "hacked them" through a backdoor.

## Aaron Cadena
Comprehensive Background Check

**EXHIBIT 33**

### Personal Summary
**AKAs:**
Not Available

**Last Known Address:**
121 Vivian Ln
Hemet, CA 92543

### Phone Numbers Associated with Aaron Cadena
No Phone Records Found

### Email Addresses Associated with Aaron Cadena
**Email Address(es):**
initnotofr@live.com

### Birth Records
No Birth Records Found

### Death Records
No Death Records Found

### Relatives of Aaron Cadena

**Relative Name:** Aaron Eziekial Cadena

**AKAs:**
No AKAs Found

**Current Address:**
121 Vivian Ln
Hemet, CA 92543

**Phone:**
No Phones Found

**Email:**
No Emails Found

**Relative Name:** Alex Cadena

**AKAs:**
Alexander Cadena

**Current Address:**
447 San Jose Ave
Covina, CA 91723

**Phone:**
(626) 332-2686

**Email:**
No Emails Found

**Relative Name:** Alexander J Cadena

**AKAs:**
No AKAs Found

**Current Address:**
447 San Jose Ave
Covina, CA 91723

**Phone:**
No Phones Found

**Email:**
No Emails Found

**Relative Name:** Alice Llamas

**AKAs:**
A Llamas
Alice L Llamas
Alice S Kim
Alice Llamas
Alice Llamas

**Current Address:**
3530 Damien Ave
La Verne, CA 91750

**Phone:**
(909) 593-9596
(626) 288-9448
(626) 288-8449

**Email:**
No Emails Found

**Relative Name:** Alicia J Llamas

**AKAs:**
Alexandra Llamas
Alicia L Llamas
A Llamas
Alicia J Llamas
Alicia Llamas
Alice Llamas
Alicia Llanas

**Current Address:**
6015 Dover House Way
Spring, TX 77389

**Phone:**
(281) 351-0787
(713) 351-0787
(512) 342-0784
(281) 379-2488
(626) 286-5501
(626) 288-9448
(626) 351-0787

**Email:**
No Emails Found

**Relative Name:** Antonia L Guzman

Information related to Aaron Cadena.

**EXHIBIT 34**

/** * The base configuration for Wor[...]pt uses this file during the * installation. You don't have to use th[...]onfig.php" and fill in the values. * * This file contains the following c[...]cret keys * * Database table prefix * * ABSPATH * * @link https://codex.wordpress.org/Editing_wp-config.php * * @package WordPress */ // ** MySQL settings - You can get this info from your web host ** // /** The name of the database for WordPress */ define('DB_NAME', 'zuricb5_zuri'); /** MySQL database username */ define('DB_USER', 'zuricb5_zuri'); /** MySQL database password */ define('DB_PASSWORD', 'ab@(7ps7S4'); /** MySQL hostname */ define('DB_HOST', 'localhost'); define('LOGGED_IN_SALT', 'c7xnjapbhzm8xwbwrbw9ylhb5egqdcolbgtpnjuo5offvme2pfdxjlkjchijsn6c'); define('NONCE_SALT', '6uuji3owyh2xlqhnjjg2w549r3lhzhoorai03hgdyphmko5jvscxyghxq980ajip'); /**#@-*/ /** * WordPress Database Table prefix. * * You can have multiple installations in one database if you give each * a unique prefix. Only numbers, letters, and underscores please! */ $table_prefix = 'zr_'; /** * For developers: WordPress debugging mode. * * Change this to true to enable the display of notices during development. * It is strongly recommended that plugin and theme developers use WP_DEBUG * in their development environments. * * For information on other constants that can be used for debugging, * visit the Codex. * * @link https://codex.wordpress.org/Debugging_in_WordPress */ define('WP_DEBUG', false); /* That's all, stop editing! Happy blogging. */ /** Absolute path to the WordPress directory. */ if ( !defined('ABSPATH') ) define('ABSPATH', dirname(__FILE__) . '/'); /** Sets up WordPress vars and included files. */ require_once(ABSPATH . 'wp-settings.php');

**Additinal proof i keep database configurations/passwords.**

# WordPress M

**EXHIBIT 35**

(../index.html)

List Installations () Manage Insta
(../user_manager/index.html)

> ⚠ **Warning:** The system could not load some of this WordPress installation's data. Certain sections of this interface    Detail ...
> may not function correctly.

## Overview

Site URL ☑ (https://zuricbd.com)

**Site URL:**
zuricbd.com

**Location on Disk:**
🏠 /public_html

**Current Version:**
Unknown

**Automatic Updates:** ℹ (https://go.cpanel.net/wordpress-versioning)
Unknown

Hide Advanced Settings

## Administration

Administration URL ☑ (https://zuricbd.com/wp-login.php)

**WordPress Administrator Username:**

✏ Change User's Password·

## Database

**Database Server:**
localhost

**Database Name:**
zuricb5_wp

**Database Username:**
zuricb5_zuri
✏ Change User's Password

**Database Table Prefix:**
wp

**Proof of ZuRI installed**



EXHIBIT 36

**Another proof of life from InMotion hosting.**

**EXHIBIT 37**

Tested By

**ANALYTICAL 360**

Cannabis Analysis Laboratory

## Certificate of Analysis

Page 3 of 4: Residual Solvents

### 02:70

**Lazarus Naturals**

| | |
|---|---|
| Test Result UID: | ANL0000076 |
| Washington State Lot ID: | |
| Washington State Sample ID: | |
| Date Tested: | 08/26/2017 |

## Residual Solvent Test

| | | | | |
|---|---|---|---|---|
| Propane | < 25 ppm | Methanol | < 25 ppm |
| Isobutane | < 25 ppm | Acetonitrile | < 25 ppm |
| Butane | < 25 ppm | Dichloromethane | < 25 ppm |
| Ethanol | < 25 ppm | Ethyl Acetate | < 25 ppm |
| Acetone | < 25 ppm | Chloroform | < 2 ppm |
| Toluene | < 25 ppm | Cyclohexane | < 25 ppm |
| Pentane | < 25 ppm | Benzene | < 2 ppm |
| Isopropanol | < 25 ppm | Ethyl Benzene | < 25 ppm |
| Hexane | < 25 ppm | m + p Xylenes | < 25 ppm |
| Heptane | < 25 ppm | o Xylene | < 25 ppm |
| | | Total Xylenes | < 25 ppm |

Total Solvents

< 25 ppm

• ANALYTICAL 360 • CANNABIS ANALYSIS LABORATORY • 2735 1ˢᵗ AVE S, SEATTLE, WA 98134 • 206-577-6998 •
• WWW.ANALYTICAL360.COM •

C:\Windo...

**Proof of Additional Lab Results**



**EXHIBIT 38**

Re... ...logy

Notice of Completion - INV-53446

October 27th, 2018

Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: Inv-53446 (Attached) Via Pdf E-mail Link

The Invoice Number Inv-53446 Contains 3 Services That Were to Be Rendered.

1) We completed the SEO for 10/09/2018 through 11/09/2019 results are verifiable via your website Analytics. Red Thread Technology, LLC was the only one currently promoting SEO at the time.
2) Checkout Reconfiguration is Complete pending WordPress 5.0 Update – Code is available upon request for audit to review.
3) We completed the SEO for 11/09/2018 through 12/09/2019 results are verifiable via your website Analytics. Red Thread Technology, LLC was the only one currently promoting SEO at the time.

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to Them. You Hereby Understand and Confirm That Red Thread Technology, LLC Has Completed All Services Under Inv-53446. You Hereby Confirm the Payment for Services Is Satisfied and In Completed Condition.

Name: _Scott Raybuck_

Date: _11/28/18_

Signature: _____

**Additional Signoff sheet for work done.**



**EXHIBIT 39** nology

Notice of Completion – Invoice Number INV–53450

January 25th, 2018
Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: INV–53450

The Invoice Number INV–53450 Contains 1 Service That Was to Be Rendered

1) ManageZuri.com – OOS Addition – Non-Contractual Scope – 3rd Party Login Portals to Display Sales / Metrics given or available via SQL Database.

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to The. You hereby Understand and Confirm That Red Thread Technology, LLC has completed all services under invoice number INV–53450. You hereby confirm the payment for services is satisfied and in Completed Condition.

Name: _____ Scott Raybuck

Date: _____ 1/27/17

Signature: _____ Scott RU

**Additional Signoff sheet for work done.**

Phone: 1-800-573-9816 | Red Thread Technology |

**EXHIBIT 40**

...nology

Notice of Completion – Invoice Number INV-53451

January 25th, 2018
Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: INV-53451

The Invoice Number INV-53451 Contains 1 Service That Was to Be Rendered

1) 60 MG Gummies – X1000
2) SEO Nov – ZuRICBD.com – $1,000 Tier

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to The. You hereby Understand and Confirm That Red Thread Technology, LLC has completed all services under invoice number INV-53451. You hereby confirm the payment for services is satisfied and in Completed Condition.

Name: _Scott Raybuck_

Date: _1/27/19_

Signature: _Scott Raybuck_

Phone 1-800-572-0816 | Red Thread Technology | Fax: 814-201-9106

**Additional Signoff sheet for work done.**

# Red Thread Technology

Notice of C~~~~     **EXHIBIT 41**     INV-53455

January 25th, 2018
Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: INV-53455

The Invoice Number INV-53455 Contains 1 Service That Was to Be Rendered

1) SEO - $1,000 Monthly Cap | March - Dec 2019 – Sign For January
2) PCI COMPLIANCE ManageZuri.com
3) Addition WooCommerce Link Set ManageZuri

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to The. You hereby Understand and Confirm That Red Thread Technology, LLC has completed all services under invoice number INV-53455. You hereby confirm the payment for services is satisfied and in Completed Condition.

Name: _____Scott Raybuck_____

Date: _____1/27/19_____

Signature: _____[signature]_____

**Additional Signoff sheet for work done.**



# **EXHIBIT 42**

R... ...ology

## Notice of Completion - INV-53444

October 27th, 2018

Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: Inv-53444 (Attached) Via Pdf E-mail Link

The Invoice Number Inv-53444 Contains 1 Service That Was to Be Rendered.

We Completed the Expedition of Credit Card Processing pursuant to you submitting us correct and complete application data for review and approval within 14 days of the payment.

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to Them. You Hereby Understand and Confirm That Red Thread Technology, LLC Has Completed All Services Under Inv-53444. You Hereby Confirm the Payment for Services Is Satisfied and In Completed Condition.

Name: _____Scott Raybuck_____

Date: _____11/28/18_____

Signature: _____

**Additional Signoff sheet for work done.**

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814...

**EXHIBIT 43**

## Red Thread Technology

## Notice of Completion - INV-53441

October 27th, 2018

Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: INV-53441 (Attached) via PDF E-mail Link

The Invoice Number: INV-53441 Contains 4 Services That Were to Be Rendered.

1) We fixed the Points & Reward System per your Request and merged to engine. No point issues have been reported since Sept 15th, 2018 after we completed this. This is complete.
2) We Developed our own version of NMI Gateway Attaching API plugin for you, it is still available on your website & server, but you currently switched to Avare Pay. This is complete.
3) Customize My Account is working fine since completion Sept 15th, 2018 currently some of your users have profile pictures to prove this. This is complete.
4) We dropped off Audit records to you, we restored the website 2 times for you, once with an Aaron Issue & once with a termination of services with Aaron. This is complete as website is live and well when this notice is being written up.

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to Them. You Hereby Understand and Confirm That Red Thread Technology, LLC Has Completed All Services Under Invoice Number: INV-53441. You Hereby Confirm the Payment for Services Is Satisfied and In Completed Condition.

Name: _Scott Raybuck_

Date: _11/28/18_

Additional Signoff sheet for work done.

 **EXHIBIT 44** nology

Notice of Completion – Invoice Number INV-658422-ZuRI

January 25th, 2018
Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: INV-658422-ZuRI

The Invoice Number INV-658422-ZuRI Contains 1 Service That Was to Be Rendered

    1) ATTY - PP - TOS - RFD - ManageZuRI.com
    2) ATTY - PP - TOS - RFD - ZuRICBD.com

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to The. You hereby Understand and Confirm That Red Thread Technology, LLC has completed all services under invoice number INV-658422-ZuRI. You hereby confirm the payment for services is satisfied and in Completed Condition.

Name: ___Scott Raybuck___

Date: ___1/27/19___

Signature: ___[signature]___

**Additional Signoff sheet for work done.**

Notice of Completion – Invoice Number INV-53453

**EXHIBIT 45**

January 25th, 2018
Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: INV-53453

The Invoice Number INV-53453 Contains 1 Service That Was to Be
Rendered

1) Red Sparrow Separate Directory Login –
   ManageZuRI.com/RedSparrow
2) MS Add-On – ManageZuRI.com/RedSparrow/

This Notice Is to Confirm the Following Paid Services Have Been
Completed and Require No Further Work and Or Changes to The. You
hereby Understand and Confirm That Red Thread Technology, LLC has
completed all services under invoice number INV-53453. You hereby
confirm the payment for services is satisfied and in Completed Condition.

Name: Scott Raybuck
Date: 1/22/19
Signature:

**Additional Signoff sheet for work done.**

Re**EXHIBIT 46**ology

Notice of Completion – Invoice Number INV-53458

January 25th, 2018
Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: INV-53458

The Invoice Number INV-53458 Contains 1 Service That Was to Be Rendered

    1) Basic E-Com Website – ZuRI Shirts – 5 Types (RTT Design Free)
    2) ATTY – PP – TOS – RFD – KGPartner.com (Copy From ZuRI)
    3) EV SSL – KGPartner.com

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to The. You hereby Understand and Confirm That Red Thread Technology, LLC has completed all services under invoice number INV-53458. You hereby confirm the payment for services is satisfied and in Completed Condition.

Name: _____ *Scott Raybuck* _____

Date: _____ 1/27/17 _____

**Additional Signoff sheet for work done.**

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814-201-9106

**EXHIBIT 47**



**Avare Supply**
718 S 5th Ave
Clarion Pennsylvania 16214
U.S.A

Fax - 8142604139
Phone - 8145805886
Email - Hi@AvareSupply.com
AvareSupply.com

# Invoice

# INV-9655433

**Balance Due**
**$0.00**

**Bill To**
**Zuri CBD**
3450 Nagel Rd
Avon
44011 Ohio
U.S.A

| | | |
|---|---|---|
| Invoice Date : | | 13 Feb 2019 |
| Terms : | | Due on Receipt |
| Due Date : | | 13 Feb 2019 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Bath Bomb - Aloha | 100.00 | 7.00 | 700.00 |
| 2 | Bath Bomb - Cleanse | 100.00 | 7.00 | 700.00 |

| | |
|---|---|
| Sub Total | 1,400.00 |
| **Total** | **$1,400.00** |
| Payment Made | (-) 1,400.00 |
| **Balance Due** | **$0.00** |

Notes
Thanks for your business.

Terms & Conditions
All purchases are treated as if they were ordered through our web sales portal.

http://avaresupply.com/termsofservice - Terms Of Service

http://avaresupply.com/refund - Refund Policy

**Proof Avare Supply had a domain, email server and terms of service.
(Note the custom email and why we don't have access to those)**

**EXHIBIT 48**

1. ACKNOWLEDGEMENT AND ACCEPTANCE OF TERMS OF USE.

Authorize.Net (the "Company"), maintains this website (the "Site") as a service to its customers. By using the Site or any current or future service(s) provided to you by the Company (collectively the "Services") in accordance with an applicable service agreement ("Service Agreement(s)"), you are agreeing to comply with and be bound by the terms and conditions of these Terms of Use and any operating rules, regulations, policies, and procedures that may be modified from time-to-time on the Site (collectively, the "Terms"). The Terms govern your access to and use of the Site, the Services and any information, products, software, and/or features made available to you. If you are using the Site or Services on behalf of your employer, you represent that you are authorized to accept these Terms on your employer's behalf. In the case of any violation of the Terms, Authorize.Net reserves the right to seek all remedies available by contract, law and in equity for such violations. The Terms apply to all visits to the Site and use of the Services, both now and in the future. ANY VIOLATION OF THESE TERMS MAY RESULT IN THE SUSPENSION OR TERMINATION OF YOUR ACCOUNT, THE SERVICES OR SUCH OTHER ACTION PERMITTED IN ACCORDANCE WITH THE APPLICABLE COMPANY SERVICE AGREEMENT.

2. INTERNET ABUSE.

1 of 13                                                                                   1/20/2019, 2:

**Proof I was a reseller with Authorize.net and was fully capable to sell services through them.**

**EXHIBIT 49**

# AUTHORIZE.NET® PAYMENT GATEWAY MERCHANT SERVICE AGREEMENT

The Authorize.Net Payment Gateway Merchant Services Agreement ("Agreement") is between [illegible] and/or your company ("Customer") and Authorize.Net LLC ("Authorize.Net"). The Agreement sets forth the terms and conditions [illegible] Transaction Services. Customer should read this Agreement carefully.

By clicking on the "I AGREE" button or a similar affirmation, or by acknowledging acceptance of the Agreement by any other method allowed by Authorize.Net, or by using or accessing the Transaction Services through any means permissible including, without limitation via a computer or a mobile application, Customer acknowledges and agrees that: (i) it has reviewed and understands the Agreement; (ii) it agrees to be legally bound by the terms and conditions of the Agreement; and (iii) its use of the Transaction Services and any related products or services will be governed by this Agreement. If Customer does not agree or is not willing to be bound by the terms and conditions of this Agreement, Customer should not click on the "I AGREE" button and should not seek to obtain or use the Transaction Services.

**1.    Customer's Capacity and Related Matters.** By accepting the terms and conditions of this Agreement, Customer represents and warrants that (a) the person executing this Agreement on behalf of Customer is 18 years of age or older, (b) all information Customer has provided to Authorize.Net is true and correct in all respects, and (c) Customer will update Authorize.Net by email with any changes to information Customer has previously supplied. Customer further represents and warrants that Customer has the legal authority to accept the terms and conditions of this Agreement and that such acceptance will be binding on Customer. Authorize.Net reserves its right, in its sole discretion, to refuse to provide Customer with any Authorize.Net Service. Words and phrases with initial letters capitalized and not otherwise defined herein shall have the meaning set forth in Section 15.

**2.    Authorize.Net Undertakings.**

**2.1    Transaction Services.** Authorize.Net shall provide to Customer the Transaction Services at the rates set forth in the Fee Schedule and in accordance with the terms and conditions of this Agreement.

**2.2    Customer Service.** During the term of this Agreement, if Customer is current in payment of all fees owing to Authorize.Net and is otherwise not in default under this Agreement, Authorize.Net shall provide customer service to Customer, as set forth in the Contact Us section of the Authorize.Net website at the URL <http://www.authorize.net/support>.

**3.    Customer's Undertakings.**

**3.1    ID and Password.** Customer must select an ID and password to enable Customer to access Customer's payment gateway account and use the Transaction Services. Customer will restrict access to such ID, password, and account to Customer's employees and agents as may be reasonably necessary consistent with the purposes of this Agreement and will ensure that each such employee and agent accessing and using the account is aware of and otherwise complies with all applicable provisions of this Agreement regarding such use and access. Customer is solely responsible for maintaining adequate security and control of any and all IDs, passwords, or any other codes for purposes of giving Customer access to the Transaction Services. Authorize.Net shall be entitled to rely on information it receives from Customer and may assume that all such information was transmitted by or on behalf of Customer. Customer shall comply with all Authorize.Net recommendations and notices regarding the security of Customer's ID, password and payment gateway account(s).

**3.2    Relationship to Merchant Service Providers.** Customer may have enrolled in the Transaction Services via a Merchant Service Provider. In addition to any other agreement Customer may have with the Merchant Service Provider, the terms and conditions of this Agreement govern Customer's use and Authorize.Net's provision of the Transaction Services. Customer expressly acknowledges and agrees that Authorize.Net may share information about Customer and Customer's account with its Merchant Service Providers.

**3.3    Compliance.** In connection with the exercise of Customer's rights and obligations under this Agreement (including, without limitation, any related to individual privacy), Customer will comply, at Customer's own expense, with all laws, policies, guidelines, regulations, ordinances, rules applicable to Customer, this Agreement, End User data or the Transactions and/or orders of any governmental authority or regulatory body having jurisdiction over the subject matter hereof, including, without limitation, the Payment Network Rules, the Federal Trade Commission and Services Documentation. Authorize.Net reserves the right to amend, modify or change the Services Documentation at any time. Customer shall not use the Transaction Services in any manner, or in furtherance of any activity that may cause Authorize.Net to be subject to investigation, prosecution, or legal action.

**3.4    Additional Solutions and Services.** In the event that Customer enrolls in and/or utilizes any of Authorize.Net's Additional Services, Customer hereby acknowledges and agrees to the terms and conditions contained in Appendix B, Additional Services Terms and Conditions.

**3.5    Third Party Products and Services.** Customer's use of third party products and services shall be governed by and subject to separate third party product, service, software, and/or license agreements. Authorize.Net will not be

a party to such third party agreements and does not warrant or guarantee any third party product or service.

**4.    Data Collection, Privacy and Security.**

**4.1    Customer.**

a.    Customer is solely responsible for the security of data residing on servers owned or operated by Customer, or a third party designated by Customer (e.g., a Web hosting company, processor or other service provider). Customer shall comply with all applicable laws, policies and regulations governing the security, privacy, collection, retention and use by Customer of End User data, including, without limitation, financial information, card account numbers, and all other personally identifiable End User data. Customer agrees to provide notice to End Users on Customer's website that discloses how and why personal and financial information is collected and used, including uses governed by this Agreement.

b.    Customer will comply with all then-current legal obligations and security measures, as applicable, including without limitation those issued by Payment Networks and the Federal Trade Commission, associated with the collection, security, dissemination and destruction of End-User and Transaction data, and expressly including the Payment Card Industry Data Security Standard (PCI DSS). Customer acknowledges that Customer is responsible for the security of End User cardholder data while in Customer's possession. Customer warrants that Customer has taken such precautions as are necessary to ensure that Customer's server and electronic systems are secure from breach or intrusion by unauthorized third parties. In the event that Customer's system is breached or an unauthorized third party has access to or has accessed End-User data or Transaction data, Customer shall notify Authorize.Net promptly of such breach and shall take such precautions as may be necessary to prevent such breaches from occurring in the future.

c.    Customer agrees that Customer will comply with all Authorize.Net security protocols and security advisories in effect during the term of this Agreement. Customer is solely responsible for verifying the accuracy and completeness of all Transactions submitted and processed by Authorize.Net. Customer is solely responsible for and verifying that all corresponding funds are accurately processed. Customer acknowledges that Authorize.Net shall not be liable for any improperly processed or unauthorized Transactions or illegal or fraudulent access to Customer's account, End-User or Transaction data. Authorize.Net's liability for improperly processed or unauthorized Transactions solely attributable to the negligence of Authorize.Net is limited pursuant to Section 12.

**4.2    Authorize.Net.**

a.    Authorize.Net will collect, retain, and disclose information and data collected from Customer and End Users in accordance with the Services Documentation and Privacy Policy. In addition, Authorize.Net, its subsidiaries, Merchant Service Providers, partners, suppliers and/or their agents/contractors may transfer data amongst themselves as necessary for the purpose of the provision and management of the Transaction Services. Authorize.Net may further transfer data: (i) to third parties assisting Authorize.Net in evaluating Customer's eligibility for, provision of, administration and management of the Transaction Services; (ii) with non-affiliated entities that assist Authorize.Net in providing products and services that Customer has requested; (iii) with companies that provide support services to Authorize.Net or with which Authorize.Net has agreements to provide marketing services on its behalf; or (iv) as otherwise permitted by law. While Authorize.Net uses commercially reasonable efforts to safeguard data, Authorize.Net does not warrant that End-User data and Transaction data will be transported without unauthorized interception or modification or that data will not be accessed or compromised by unauthorized third parties.

b.    With respect to the Transaction Services, at all times while this Agreement is in effect, Authorize.Net will maintain compliance with the Payment Card Industry Data Security Standard (PCI DSS). Authorize.Net acknowledges that Authorize.Net is responsible for the security of End User cardholder data while in Authorize.Net's possession.

AUTHORIZE.NET PAYMENT GATEWAY MERCHANT SERVICE AGREEMENT – NORTH AMERICA

Last revised: March 2016

PAGE 1 OF 7
CONFIDENTIAL

**Proof I was a reseller with Authorize.net and was fully capable to sell services through them.**

R

Notice **EXHIBIT 50** 3437

October 27th, 2018

Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: Inv-53437 (Attached) Via Pdf E-mail Link

The Invoice Number Inv-53437 Contains 4 Services That Were to Be Rendered.

We Completed the Website Configuration & Editing.

We Completed the Images We Took for You and Released the Copyright.

We Completed the Product Designs Shown on Your Products We Currently Produce for You.

1) Front + Back Gummies

2) Front + Back Pills

3) Front + Back Patch

We Completed the Tax Reporting System with Data Sent Via Your Team Which Can Be Changed at Any Time Tax-rate-wise As Your Use.

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to Them. You Hereby Understand and Confirm That Red Thread Technology, LLC Has Completed All Services Under Inv-53437. You Hereby Confirm the Payment for Services Is Satisfied and In Completed Condition.

Name: _Scott Raybuck_

Date: _11/28/18_

Signature: _____

**Additional signoff sheet**



**EXHIBIT 51** ...ology

## Notice of Completion - INV-53448

October 27th, 2018

Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Notice of Completion

Dear Scott Raybuck,

Invoice Number: INV-53448 (Attached) via PDF E-mail Link

The Invoice Number: INV-53448 Contains 1 Service That Was to Be Rendered.

1) Currently ZuRICBD.com has all 4 Credit Card Associations working & the advanced fraud suite has been upgraded to enhanced fraud protection with force-capture. This is completed.

This Notice Is to Confirm the Following Paid Services Have Been Completed and Require No Further Work and Or Changes to Them. You Hereby Understand and Confirm That Red Thread Technology, LLC Has Completed All Services Under Invoice Number: INV-53448. You Hereby Confirm the Payment for Services Is Satisfied and In Completed Condition.

Name: _Scott Raybuck_

Date: _11/28/18_

Signature: _____

**Additional signoff sheet**

...ve, Clarion, PA 16214   ...97 Fax: 814-201-9106

## EXHIBIT 52

## Payment Gateway and Optional Merchant Account Set-Up Form
### Avare Pay, LLC (RTT LLC)

**PHONE NUMBER: 833-573-3832**
**FAX NUMBER: 833-573-3832**
**EMAIL ADDRESS: Hi@AvarePay.com**

**Instructions:** Complete all of the information requested in this Payment Gateway Account Set-Up Form, including the attached Authorization for Single Direct Payment (ACH Debit) and fax the completed documents to (801) 492-6546 to start the set-up process. Upon receipt of your completed Payment Gateway Account Set-Up Form and Authorization for Single Direct Payment (ACH Debit), Authorize.Net will do the following: (1) debit your depository account for the amount of the Setup Fee when Authorize.Net receives your completed Payment Gateway Account Set-Up Form, (2) set up your payment gateway account, and (3) notify you of the steps you need to take to activate your payment gateway account, including executing and agreeing to be bound by the terms of the on-line Authorize.Net Service Agreement. If you are also wish to apply for a Merchant Account with one of our partners, please complete pages 6 and 7.

## Company Information

Company Name: Kalzen Global Partners llc

Address: 36718 Detroit Rd.

City, State, Zip: Avon , Oh , 44011

Phone, Fax: 877 - 236 - 5114

E-mail address: SRay Buck @ ZurlcBd.com

Business Type (circle one): Corporation - Non-Profit Corporation - **LLC** - Sole Proprietorship - Partnership - LLP

Description of Products or Services Sold: Hecrid Spa

## Corporate Officer/Owner/Principal Information

Full Name: Scott Ray Buck

Title: President

Tax ID or Social Security Number: [Blurred Out Social Security Number]

## Accepted Cards

Please circle all the cards listed below that your account is **authorized** to accept:

**Visa/MasterCard**    **American Express**    **Discover**    Diner's Club JCB    Enroute

---

**Additional Proof of me setting up legitimate authorize.net accounts**



June 27th                    server

**EXHIBIT 53**

Completion done        due

Skin - front end done ⎤
API - functions done ⎦ 5:48   June 27th

                    had Prototype 7 days Bur

I Started - 6135

Greg Signed Paid - July 13th

I should have had 30 days to come

7/13/18  ( August 12th )

        (
        1 More   7 days (
   —      OCT - 20 th

Proof of notes related to Craig & e911



# EXHIBIT 54

App Preview - Exhibit 1

Wireframe Demo – Project Heartbeat Keepsake





User Opens App, Will see a main page with your logo / color scheme, this is a wireframe not actual demo/use-case. User enters Username/Password selects Login > Main Screen, Forgot Password > Forgot Password, Register > Register.

User Arrives on Forgot Password Screen, Enters E-Mail associated with said account, App tells server to send a password reset e-mail for X account, then transfers back to Welcome Screen

User Arrives on Register Screen, enters in all information required to register & receives an e-mail from App Server to validate account then Arrives on Home Screen

We can add additional fields but for demo purposes this is what we are using.

**Proof of scope of work for HBKS, in the record the video exists of the app.**

**EXHIBIT 55**



App Preview – Exhibit 1

Proof of scope of work for HBKS, in the record the video exists of the app.

**EXHIBIT 56**



# EXHIBIT 57



App Preview - Exhibit 1

Wireframe Demo – Project Heartbeat Keepsake

11

| Back | Order Flow 1 |
|------|--------------|
| 10 | |

Size

Material

Heart Position

Total = 79.00 — Pay Now

User Moves onto Phase 2 of Checkout and selects the objects so-needed, with the preview of heartbeat

| Back | Payment System |
|------|----------------|

Promotional Code

Billing Details

Shipping Address

Credit Card

Process Now

User Moves onto Billing, Shipping and Other Details to Finalize Order

Thanks

12

Thanks for your order! You'll receive tracking details or can check from the home menu under track my order!

Order Another

Go Home

Order Complete, user has a chance to go home or order another

Proof of scope of work for HBKS, in the record the video exists of the app.



**EXHIBIT 58**

13, 2018

**Billing Information:**
Seth Aikens II
814-319-6372
507 Main Street
Clarion, Pennsylvania 16214
United States

Shipping information:
Seth Aikens II
814-319-6372
507 Main Street
Clarion, Pennsylvania 16214
United States

Shipping method: Ground

## Product(s)

| Name | | Price | Qty | Total |
|---|---|---|---|---|
| Special-Order | | $3,350.00 | 1 | $3,350.00 |
| Computer Case | Corsair 330R Mid Tower ATX Gaming Computer Case | | | |
| Power Supply | Thermaltake Smart 850W Power Supply | | | |
| Motherboard | Gigabyte Intel Z370XP Series /DDR4/ 2-Way CrossFireX/ SATA3&USB3.0/M.2&SATA/ ATX | | | |
| DDR4 Memory | 64GB DDR4-2133/2400 PC4-17000/19200 4X16GB | | | |
| Processor | Intel Core i7 8700K 3.7GHz Six Core | | | |
| CPU Cooling Fan | Corsair H75 High Performance Hydro Water Cooler | | | |
| SSD & M.2 | 500GB Samsung 850 EVO Series Solid State Drive | | | |
| Hard Drive | 2TB Storage Drive SATA-6.0Gb/s 64MB Cache | | | |
| Video Card | nVidia GeForce GTX 1080 Ti 11GB GDDR5 HDMI/DisplayPort | | | |
| DVD Recorder | 24X LiteOn DVD+/-RW SATA | | | |
| Sound Card | 8-Channel Digital Sound Card (onboard) | | | |
| Network Card | 10/100/1000 Gigabit Network Card (onboard) | | | |
| Operating System | MS Windows 10 Professional 64-bit (Full Version) | | | |
| Warranty | Assembled and tested, 3 years parts and 3 Year labor warranty | | | |

Sub-total: $3,350.00
Shipping: $0.00
Tax: $0.00
**Invoice total: $3,350.00**

*Paid in full
for Seth [...]
2018-02-14.*

Adamant Technical Services Inc.

Thank you for your order!

**Proof my comptuers aren't just everyday computers, they're built for high tech.**



**EXHIBIT 59**

Proof Agent Coleman never even reviewed extra devices, he had to physically check them when we were there.

# EXHIBIT 60



**Picture of Seth going through all of the documents and objects with Agent Fell & Gealy**

**EXHIBIT 61**

Subject: Wednesday Invento[...]

Date:    Mon, Apr 08, 2019

From:    "Scott Raybuck" <sraybuck@zuricbd.com>

To:      "Seth Aikens" <Seth@redthreadtech.com>

Cc:      "Scott Raybuck" <sraybuck@zuricbd.com>

HI Seth,

Hope you had a great weekend, and it sounds like you are enjoying some family time.  Wanted to get you an idea per your request about expectations for Wednesday implementation of inventory/ordering walkthrough.

First I would like to do a walkthrough of bringing in unfinished goods, and walking it through transferring through our zones:

1. Print an invoice from a vendor for raw unfinished goods to be received at the loading dock, and scanning it into the inventory "received zone"
2. Taking it from the received zone at the loading dock, and scanning it into a location on the shelf in the warehouse with adhesive barcode on that particular location on the warehouse shelf.
3. Scanning from the warehouse shelf into the production room to make finished goods/kits.
4. Print an adhesive label to put on the proper location/shelf in the finished goods/kits room.
5. Scanning finished goods/kit from the production room into the finished goods/kits room as a finished product/kit in our sellable inventory room.

Then I would like to walk through an order process to fulfill an order:

1. Print a new order from the system.
2. Go into finished goods/kit room, and scan the finished products/kits to put in a bin to get ready to ship.
3. Print shipping label
4. Scan finished goods as shipped, and complete the shipped order.

Also, other things:

1. Walk through product management tool
2. Other questions that will arise.

**Proof of the Audio Recording with Raybuck in the record matches material documents**

Red Thread Technology

Final Notice of Completion & Signoff

**EXHIBIT 62**

April 17th, 2019

Scott Raybuck
36718 Detroit Rd #100
Avon, OH 44011
United States

RE: Final Notice of Completion & Signoff

Dear Scott Raybuck,

The Following Invoices have been completed in-whole and there is currently no standing obligation to the following invoices attached:

INV-53462 – #1 & 2

ZuRI-Platform-Add-45468875042 - #1, 2, 3, 4, 5 & 6

INV-53458 - #1, 2 & 3

INV-658422-ZuRI - #1 & 2

INV-53455 - #1, 2 & 3

INV-53452 - #1

INV-53451 - #1 & 2

INV-53449 - #1

INV-53448 - #1

INV-53446 - #1, 2 & 3

INV-53444 - #1

INV-53442 - #1, 2, 3 & 4

This notice is to confirm the following paid services have been completed and require no further work and or changes to them. You hereby understand and confirm that RED THREAD TECHNOLOGY, LLC has completed all services under invoice number the stated invoice numbers above. You hereby confirm the payment for services is satisfied and in completed condition.

Client Scott Raybuck the indemnitor will hold harmless, defend, and indemnify indemnitee RED THREAD TECHNOLOGY, LLC against any and all third-party claims or liabilities addressed within this completion notice.

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814-201-9106
710 S 5th Ave, Clarion, PA 16214 - RedThreadTech.com

**Additional Final Notice & Signoff**