

Exhibit 1



## Exhibit 2



Exhibit 3



## Exhibit 4

### 6. Magnet AXIOM-

Magnet AXIOM itself isn't just a simple E01 file reader. It's a comprehensive digital forensics software suite design for in-depth analysis of digital evidence. However, Magnet AXIOM does have functionalities to open, process, and analyze E01 files.

**Steps to View E01 Files by Using Magnet Axiom**

1. Download and Launch Magnet AXIOM software.
2. Navigate your E01 file via Go to "**File**" > "**Add Evidence**" > "**Disk Image**" and choose your E01 file.
3. Now the E01 file will display in the Case Explorer section.
4. Then double-click on the file name to open and view the file.
5. You can also use AXIOM's features for detailed analysis like, keyword search, timeline, and carving.
6. Finally, Generate reports to make a document on your analysis.

**Main features of Using Magnet Axiom Software**                    https://www.xploreforensics.com/blog/e01-file-viewer.html

- Directly acquire the evidence from a physical drive and make an E01 image of that file. You can also import an existing E01 file.
- Supports a wide range of file systems like NTFS, HFS+, and Ext. which helps to find the structure of the E01 file.
- Designed to handle large and complex investigations. It also offers scalability to manage numerous E01 files.

# Exhibit 5



sourceforge.net/p/veracrypt/discussion/technical/thread/644799c22d/

Create Topic

Stats Graph

**Forums**

General Discussion (2337)

Feature requests (412)

Technical Topics (2976)

**Help**

Formatting Help

Forum: Technical Topics     Creator: Fred     Created: 2023-04-10     Updated: 2023-04-10

**Fred** - *2023-04-10*

Hello, everyone.

My situation is like this:
Last year, I created a bunch of VeraCrypt containers.
They have been stored on an external hard drive that hasn't been used very much since then (but may have been short on empty disk space for a while).
Yesterday, I could decrypt and open all but one of my containers. (The error message I get is the same as when I enter an incorrect password for a functional container.)

What is your guess. Has the container been corrupted, or have I simply forgotten my password? Could anything be done in the corruption case?

Thanks in advance.

**RealTehreal** - *2023-04-10*

Hey there. You could try to mount the volume using the backup header (it's a mount option). If that won't help, the volume is either utterly damaged (both main and backup header damaged) or you simply forgot the credentials.

In case of damaged headers, the only way to still get access to the volume would be using a header backup. But you would have had created it before the headers got corrupted.

Greets

**Fred** - *2023-04-10*

Thank you for your quick reply.
I did make a few attempts restoring the embedded backup header, to no avail. But just to be clear, such a header would have been automatically created along with the container, right?

# Exhibit 6



sourceforge.net/p/veracrypt/discussion/technical/thread/61f1df9c0/

**Corrupted (?) file container - Need suggestions on how to recover**

Forum: Technical Topics    Creator: AdamKoziol    Created: 2017-02-14    Updated: 2017-06-17

**AdamKoziol** - *2017-02-14*

Hello,

I am unable to access 300GB encrypted file container on a 500GB USB HDD (MBR and single NTFS partition). The container most likely is also NTFS. It was created with VeraCrypt version 1.17 and always worked flawlessly. I am sure of the password. Later I also started trying accessing it with VC version 1.19. The container is standard (not hidden), has no PIM, no keyfiles and I do not have backup header extracted. I tried various ways and combinations of mounting it - as read-only, as removable medium and using backup embedded header. No luck. Later I tried running chkdsk /r /f /x and HD Tune 2.55 (slow) Error Scan on the drive, but no issues were found. The error I am getting is:

Operation failed due to one or more of the following:
Incorrect password.
Incorrect Volume PIM number.
Incorrect PRF (hash).
Not a valid volume.
Source: MountVolume:7763

What are my other options to try getting into that thing?

What happened? File corruption without any traces?

I don't think I even have to say that I am really determined to get to my files.

Thanks and best regards,
Adam

Last edit: AdamKoziol 2017-02-14

**Alex** - *2017-02-14*

Keys are in first 128K and backup in last 128K of the container.

Select "Use backup header" tries last 128K.



## Exhibit 8



Forum: **General Discussion**    Creator: **JohnRambo**    Created: 2020-09-22    Updated: 2021-06-27

**JohnRambo** - 2020-09-22

Well, disaster struck. As always.

I have a veracrypt container that gets regularly updated. Then this file is periodically copied to two external hard drives for backup purposes.

Yesterday I was going to do that regular updating... the container wouldn't mount. Fuck. Went to my backups to try these copies... turns out both won't mount either... that is interesting since these backups were made right after the last update.

Suspecting hardware failure, I then calculated the file hash for these three copies. The latest one was bound to be different as it has been updated since the last backup... but BOTH backup files have different hashes... I probably got bit by a bad memory stick that corrupted the data while copying to the external hard drives... No data recovery of the previous files is possible, data recovery tools can't pick up anything on the hard drives.

Now, I tried mounting all three copies with the "Use backup header" option, but no luck. Reading up a bit, it looks like the first 512 bytes of the container have all the relevant data, while the last 256 bytes have the backup header. On all three containers these sections are the same... Is it possible that the containers wouldn't decrypt with the headers intact due to the data in between being corrupted? I know the hash function and the encryption scheme I used when creating the container. No PIM was used.

Is there any way to try to reconstruct the file with both backup copies to eventually end up with the correct file? Looking for differences between both files with a hex editor shows different data here and there, but mostly the same throughout. No easy way to do this I guess...

In case a bit flipped in my mind and forgot the password, I've already tried permutations of my password (four words + two numbers and three symbols at the end that I use everywhere, we all have these patterns), with hashcat and a mounting script that goes through a list of candidate passwords on all three copies, no luck either.

Now, if the headers are intact, it SHOULD decrypt, but it doesn't. I'm at a loss. Should I kiss my data goodbye? Any ideas?

Last edit: JohnRambo 2020-09-22

# Exhibit 9

veracrypt.io/en/Troubleshooting.html

**Possible Solution:**

First, make sure that your VeraCrypt container does not have a file extension that is reserved for executable files (for example, .exe, .sys, or .dll). If it does, Windows and antivirus software may

Second, disable or uninstall any application that may be interfering, which usually is antivirus software or automatic disk defragmentation tool, etc. In case of antivirus software, it often helps does not help, try temporarily disabling the virus protection software. If this does not help either, try uninstalling it completely and restarting your computer subsequently.

---

**Problem:**

*VeraCrypt volume cannot be mounted; VeraCrypt reports* "Incorrect password or not a VeraCrypt volume".

**Possible Cause:**

The volume header may have been damaged by a third-party application or malfunctioning hardware component.

**Possible Solutions:**

- You can try to restore the volume header from the backup embedded in the volume by following these steps:

  1. Run VeraCrypt.
  2. Click *Select Device* or *Select File* to select your volume.
  3. Select *Tools > Restore Volume Header*.

---

**Problem:**

*After successfully mounting a volume, Windows reports* "This device does not contain a valid file system" *or a similar error.*

**Probable Cause:**

The file system on the VeraCrypt volume may be corrupted (or the volume is unformatted).

**Possible Solution:**

You can use filesystem repair tools supplied with your operating system to attempt to repair the filesystem on the VeraCrypt volume. In Windows, it is the '*chkdsk*' tool. VeraCrypt provides an ea volume (because the '*chkdsk*' tool might damage the filesystem even more) and then mount it. Right-click the mounted volume in the main VeraCrypt window (in the drive list) and from the cont

---

**Problem:**

*When trying to create a hidden volume, its maximum possible size is unexpectedly small (there is much more free space than this on the outer volume).*

**Probable Causes:**

  1. The outer volume has been formatted as NTFS
  2. Fragmentation
  3. Too small cluster size + too many files/folders in the root directory of the outer volume.

**Possible Solutions:**

Solution Related to Cause 1:

Exhibit 10



Exhibit 11





community.**cryptomator.org**/t/problem-opening-a-vault-vault-corrupted/1811

🔓 CRYPTOMATOR

Sign Up

### problem opening a vault / vault corrupted?
🗀 Help

toonace    Jun 2018

Hi everyone,

I'm using cryptomator with a pcloud account and am experiencing some problems with one of my vaults (no problem with other ones).

I access my vaults through 3 methods :

- with my Android device (cryptomator app) with a WebDAV connection
- with the windows cryptomator interface (on windows 10), using I guess the windows WebDAV
- with cyberduck - WebDAV again- because there is a problem with large files with windows WebDAV.

I can access my vault trough the windows 10 cryptomator interface, but with Android, it says " WebDAV could not be authenticated" and with cyberduck, it doesn't recognize it as a vault, and show my encrypted files (the masterkey, etc…)

Any idea of solving this issue ?

Thanks a lot for your help

Jun 2018

1 / 7
Jun 2018

Jun 2018

1.2k views    1 link

anon24105312    Jun 2018

There were definitely problems with Pclouds WebDAV last week, my Synology drive and

Exhibit 12



Exhibit 13



Exhibit 14





Exhibit 15



Exhibit 16



Exhibit 17



## Exhibit 18



TrueCrypt

Exhibit 19





Exhibit 20



## Exhibit 21



**8:00 AM to 9:00 AM**

Deer - Doe
8:00 am — 8:30 am: Tree Stand 1

**9:00 AM to 10:00 AM**

Black Bear - Unknown
9:15 am — 9:30 am: Tree Stand 1

Unknown - Check Picture
9:00 am — 9:30 am: Out Back - Corn Field



## Exhibit 22



**8:00 AM to 9:00 AM**

**Deer - Doe**
8:00 am — 8:30 am: Tree Stand 1

**9:00 AM to 10:00 AM**

**Black Bear - Unknown**
9:15 am — 9:30 am: Tree Stand 1

**Unknown - Check Picture**
9:00 am — 9:30 am: Out Back - Corn Field



## Exhibit 23



Exhibit 24



## Exhibit 25



Exhibit 26



Exhibit 27



Exhibit 28



Exhibit 29





Exhibit 31



Exhibit 32



Exhibit 33



Exhibit 34











Exhibit 35



# Exhibit 36



827 of 945

‹ All Inboxes

Hi Seth,

I am a Sr. Recruiter for UPMC. I reviewed your impressive profile and thought you'd be a great person to network with for Software Engineering positions within our Enterprise divisions.

Specifically, I have needs for Sr. & Lead Software Engineers to assist with the creation of new innovations in the healthcare/medical field. We are seeking skilled professionals with experience in one or more of these areas - Java, C#, .Net, Ruby, JavaScript, SQL & mobile development

These are full-time positions based in Pittsburgh, PA.

**Seth Aikens**
Mar 8, 2015

UPMC 😎

Joyce + 10                    1 comment

Like          Comment          Send

Exhibit 37



Exhibit 38



829 of 945





**Seth Aikens**
Mar 6, 2015 ·

UHS Repping

👍 6

👍 Like          💬 Comment          ↩ Send

Exhibit 39



Exhibit 40



# Exhibit 41



# Exhibit 42



**Seth Aikens**
Jun 4, 2013 · 👥

On that CodeGrind. **#WorkFlow #iOS #AAU #W**... See more

👍 1

👍 Like          ◯ Comment          ⊘ Send

# Exhibit 43



Exhibit 44



Exhibit 45



# Exhibit 46



# Exhibit 47



# Exhibit 48





922 of 1,035

Welcome to the Future          Inbox   x   Mr Kirkwood   x

**Kirkwood, Brad**
Saw this article and thought about a past conversation. FYI htt

**Aikens, Seth**
Just wokeup; yeah thats that dang article i was talking about the

**Kirkwood, Brad**
to me

Thank you sir.  Catch those zzz's.  We'll talk big ideas tomorrow.

Click here to Reply or Forward

3% full
Using 4.2 GB of your 12D

**Seth Aikens**
Oct 21, 2014 ·

Man it really sucks; Mr Kirkwood is really the bes... See more

Karsen Dodge and 9 others          3 comments  1 share

Like          Comment          Send

# Exhibit 50



# Exhibit 51



## Exhibit 52



## Exhibit 53



Exhibit 54



**Seth Aikens**
Mar 19, 2015 · 👥

The saddest individuals I've ever met in life are the ones who couldn't care less profoundly about anything by any stretch of the imagination. Energy and fulfillment go as one, and without them, any satisfaction is brief, on the grounds that there's nothing to make it last... I'm driven by passion.

👍 3

👍 Like          💬 Comment          ⊘ Send

FEATURED

# A new dimension in education: UHS staff, students embrace 3D printing

By JOSH WALZAK L-V Editor    May 22, 2014



UNION HIGH SCHOOL junior Seth Aikens (left) and physics teacher Brad Kirkwood show the spools of plastic filament used in the MakerBot 3D printer on the table between them.

RIMERSBURG – It may seem like something out of "Star Wars," so it was only fitting that one of the first items made by Union High School's new three-dimensional printer was a glow in the dark Yoda figure.

But despite a few test runs on simple items such as chess pieces, mini robots and other trinkets, school officials are looking forward to the many possibilities now open to the teaching staff with the new technology.

"Next year, I expect us to do some great things with this," Union physics teacher Brad Kirkwood said in demonstrating the MakerBot Replicator that was recently purchased through a grant Kirkwood wrote to the Toshiba American Foundation. "It has the opportunity to turn anyone with an imagination into an engineer."

For the complete story and photos, see the May 22 issue of The Leader-Vindicator.

## Submit Your News

We're always interested in hearing about news in our community. Let us know what's going on!

Go to form

## Latest e-Edition



**Already a subscriber?** Click the image to view the latest e-edition.

**Don't have a subscription?** Click here to see our subscription options.

Exhibit 56



Exhibit 57



# Exhibit 58



Exhibit 59



Exhibit 60



Exhibit 61



## Exhibit 62



# Exhibit 63



## Exhibit 64



# Exhibit 65



# Exhibit 66



workforce is different. Our jobs are different. But, the way companies onboard, train, and develop their employees is falling behind.

Using 1Huddle, companies can convert existing training into quick-burst mobile games that are proven to onboard, upskill, and fire up your workers. Just imagine: All your training. In a game. On your phone.

We have clients across the globe and across business sectors, including: Audible, Loews Hotels, ESPN, Denver International Airport, Madison Square Garden, Golden State Warriors, PIMCO, and more.

Cool investors that know what their doing...including 500 Startups, NRD Capital, and Newark Venture Partners/

Featured on Fox News, CNN, Huff Post, CNBC, Bloomberg & The Wall Street Journal.



Exhibit 68



teachers, which save time and engage students.

QueueDr – A product that intelligently optimizes doctors' schedules to help them reclaim the $30 billion lost from missed appointments.

Quicklegal – Attorney On Demand – Via Video Chat.

Rapchat – Create, share, or discover freestyle raps.

Sales Huddle Group – Gamify your training.

Set Scouter Inc. – A marketplace that makes video production easy — starting with location rentals.

SimpliRoute – A service that optimizes routes for any company with multiples deliveries reducing fuel cost and time on route.

Sqoop – A service that helps journalists discover what's happening before it

## Exhibit 69



7:29



# 1huddle·

☰



# WATCH US ON
# SQUAWK BOX!

Watch what else Mr. Wonderful had to say
on this CNBC Squawk Box segment.

"It's gonna work." -Kevin O'Leary

# EQUIP HR TO DO
# MORE WITH LESS

Fully customize your 1Huddle with up to 3,000
assessment templates and game combinations.

✓ Pre-hiring skills 

# Exhibit 70



# Exhibit 71

Exhibit 72



## Exhibit 73



**1:47**                                                                                             📶 🔋 85



**Red Thread**

## Project Completion Signoff

February 13th, 2019
Craig Gentzler
6025 William Drive
Mechanicsburg, PA 16214
United States

RE: Development Agreement

RE: Contract Extension Agreement

Please take note of the following:

By signing this document, you certify that Red Thread Technology, LLC has successfully completed all the deliverables concerning your original work agreement and any change orders for the project. Any work requested beyond the signing of this agreement will need to be part of a new agreement or retainer.

Upon execution of this agreement a source code will be delivered within 7 to 14 business days via a USB Stick mailed to the above address.

The source code contains the following:

• Multi-Cross-Platform Project Source Code File(s)

This will need to be compiled in order to properly display all work(s) produced per discussion.

Print: _____Craig Gentzler_____
Date: _____02/13/2019_____
Sign: _____[signature]_____

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814-201-9106
718 S 5th Ave, Clarion, PA 16214 - RedThreadTech.com

Doc ID: f6c64b5650913969c28adfcbf13578d540948e3e

---

▼ **HELLOSIGN**                                                                          Audit Trail

| | |
|---|---|
| **TITLE** | Project Completion Signoff |
| **FILE NAME** | Project Completion.pdf |
| **DOCUMENT ID** | f6c64b5650913969c28adfcbf13578d540948e3e |
| **STATUS** | • Completed |

### Document History

| | | |
|---|---|---|
| ⟳ SENT | 02/13/2019 12:41:29 UTC | Sent for signature to Craig Gentzler (craiggentzler@gmail.com) from sethaikens22@gmail.com IP: 73.214.32.194 |
| ⊚ VIEWED | 02/13/2019 21:24:44 UTC | Viewed by Craig Gentzler (craiggentzler@gmail.com) IP: 174.200.38.44 |
| ✎ SIGNED | 02/13/2019 21:26:39 UTC | Signed by Craig Gentzler (craiggentzler@gmail.com) IP: 174.200.38.44 |

# Exhibit 74



# Exhibit 75



4:34

**Manage posts**

❤️💙 Beck Deitz and 4 others          1 comment

**Seth Aikens II**
Mar 31, 2020 · 👥

Another one in the books.

🅾 Ky Dod

**Seth Aikens II**
Mar 31, 2020 · 👥

❤️❤️❤️❤️❤️

Next

Remove tags, hide or delete multiple posts all at once.

Exhibit 76



# Exhibit 77



**1:16**

Close  **Breach of Contract Notice - Purest...**

## Red Thread Technology

### Breach of Contract Notice

**October 7th, 2019**

Marco Flores
Purest Form CBD
42525 Bradshaw Dr
Temecula, California 92592
United States

**RE: Breach of Contract**

Dear Marco Flores,

We have carefully reviewed all documentation, emails, server logs, GoDaddy communication and text messages.

We have had 3 companies review your SSL data and your website which to this date is still not completed.

PLEASE TAKE NOTICE that you are in breach of our contract titled "Credit Card Processing Integration Agreement" dated April 26th, 2019 (the "Contract"). Specifically, you have breached the following obligation(s) under the Contract:

**Section**: Exhibit 1

**Description**:

Marco Flores has failed to render a safe and secure platform to install a remote key change on inventory.purestformcbd.com in order to **use** payment & inventory services.

Marco Flores has failed to complete the website that was to be integrated shortly after services were paid for in order to **process** credit cards and **utilize** tax services.

Please See Page 2.

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814-201-9106
718 S 5th Ave, Clarion, PA 16214 - RedThreadTech.com

Page | 1

## Red Thread Technology

### Description of Events

- 10/07/2019 we still find your website to not be fully functioning despite you stating you were only days away Friday August 3rd, 2019.

- Monday September 2nd, 2019 you stated your website was days away from being finished again.

- Thursday September 5th, 2019 you did not have a completed website despite you sending a text to connect services, errors aligned with our services days later due to your incomplete website and lack of performance.

Exhibit 78



**Red Thread Technology**

### Description of Events

- 10/07/2019 we still find your website to not be fully functioning despite you stating you were only days away Friday August 3rd, 2019.

- Monday September 2nd, 2019 you stated your website was days away from being finished again.

- Thursday September 5th, 2019 you did not have a completed website despite you sending a text to connect services, errors aligned with our services days later due to your incomplete website and lack of performance.

- Friday September 6th, we requested login information, we got this information.

- Days after we had errors with our services now finding this is due to your lack of completion despite a demand to install (September 10th, 2019)

- September 12th, 2019 you again demanded these services be done and yet again your website still failed to be complete which was your contractual obligation when you paid for these services knowingly before your website was done.

- Revisit text messages from the earliest of our conversations you said Marissa was RESPONSIBLE FOR THE WEB DEVELOPMENT.

- Discussions after this up until the 18th of September 2019 was your failure to install the SSL which was mentioned 3 times before hand as well as in the contract in keeping a safe and secure environment.

- September 23rd 2019 you stated **you** had mis installed the SSL, and then requested our help to generate and install on our end, despite hard efforts it was impossible to do due to us having an issue with OpenSSL a company which isn't ours but merely a program which has no reflection to this contract.

- We attempt to come up with a resolution, you were absent for a few days and then magically an email stating "service" termination,

- October 6th, 2019 your website is still not completed.

Please See Page 3

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814-201-9106
718 S 5th Ave, Clarion, PA 16214 - RedThreadTech.com

Page | 2

**Red Thread Technology**

PLEASE TAKE FURTHER NOTICE that unless the breach is remedied within 45 days of this letter's date, we will take action to protect our rights under the Contract and under any applicable law.

Unless and until these issues are resolved, we formally place Purest Form CBD on notice of legal requirements concerning document retention and expect Purest Form CBD and all its affiliates to honor such requirements. Purest Form CBD has a legal obligation to maintain and preserve any and all documents, materials, and information, in any form whatsoever, that may be potentially relevant to the subject matter of, or discoverable in any potential action arising from, this breach.

Exhibit 79



1:16

Close **Breach of Contract Notice - Purest...**   •••

Consequently, we hereby request a good faith response to this letter as soon as possible, but in no event later than the close of business on Friday, November 22, 2019. If by such time we have received no response from Purest Form CBD, Red Thread Tech LLC and partners expressly reserve the right to pursue any and all available legal and equitable remedies, including, but not limited to, instituting formal litigation proceedings against Purest Form CBD, and this letter is without prejudice to any other rights or remedies available to Red Thread Tech LLC.

All of Red Thread Tech LLC's or any partners rights are reserved under this notice.

Please See Page 4.

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814-201-9106
718 S 5th Ave, Clarion, PA 16214 - RedThreadTech.com

Page | 3

**Red Thread Technology**

It is hopeful that a mutually acceptable resolution outside of a publicly filed litigation can be achieved.

Please contact us via e-mail at your earliest convenience if you have any questions.

Sincerely,

*Seth Ailtens, DD*

Company Officer: Seth Ailtens II

Red Thread Tech, LLC

718 S 5th Ave

Clarion, Pennsylvania 16214

Email: Seth@RedThreadTech.com

Please Carbon Copy (CC) all e-mail correspondence with
Legal@RedThreadTech.com

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814-201-9106
718 S 5th Ave, Clarion, PA 16214 - RedThreadTech.com

Page | 4

# Exhibit 80

1:16    55

Close  **Breach of Contract Notice - Purest...**    ...



**Red Thread Technology**

PLEASE TAKE FURTHER NOTICE that unless the breach is remedied within 45 days of this letter's date, we will take action to protect our rights under the Contract and under any applicable law.

Unless and until these issues are resolved, we formally place Purest Form CBD on notice of legal requirements concerning document retention and expect Purest Form CBD and all its affiliates to honor such requirements. Purest Form CBD has a legal obligation to maintain and preserve any and all documents, materials, and information, in any form whatsoever, that may be potentially relevant to the subject matter of, or discoverable in any potential action arising from, this breach.

The documents that Purest Form CBD should preserve include, without limitation, any and all such documents, materials, server information and information produced, created, or transmitted during the course of time since Purest Form CBD and Red Thread Tech LLC entered into contract including any e-mails and or text messages that led to the entrance of contract and acceptance. A list is displayed below.

- E-mails
- Text Messages
- GoDaddy Server & Server Logs
- WooCommerce Database & WordPress Database
- Communications from GoDaddy Support Team
- WordPress Core Files
- WooCommerce Core Files

Consequently, we hereby request a good faith response to this letter as soon as possible, but in no event later than the close of business on Friday, November 22, 2019. If by such time we have received no response from Purest Form CBD, Red Thread Tech LLC and partners expressly reserve the right to pursue any and all available legal and equitable remedies, including, but not limited to, instituting formal litigation proceedings against Purest Form CBD, and this letter is without prejudice to any other rights or remedies available to Red Thread Tech LLC.

All of Red Thread Tech LLC's or any partners rights are reserved under this notice.

Please See Page 4.

Phone: 1-800-573-9816 | Red Thread Technology | Fax: 814-201-9106
718 S 5th Ave, Clarion, PA 16214 - RedThreadTech.com

Page | 3

**Red Thread Technology**

It is hopeful that a mutually acceptable resolution outside of a publicly filed litigation can be achieved.

Please contact us via e-mail at your earliest convenience if you have any questions.

Sincerely,

*Seth Aikens II*

Company Officer: Seth Aikens II

Red Thread Tech, LLC

Exhibit 81

9:22



← Articles, posts & more...

**All activity** ( Articles ) ( Posts ) ( Documents )

Like            Comment          Share            Send

**Scott Raybuck** likes this                          •••

 **Mandy Ma** · 3rd+
sales at shanghai Aligned machinery
2w · ⊕

High capacity Honey filling packing machine from Aligned team.

#liquidfilling #premadecups #sealing #sauce #factory #machine #aligned



🔵 6

👍          💬            ↗            ✈
Like       Comment       Share         Send

**Scott Raybuck** likes this                          •••

 **Josh Crumback** · 3rd+          **+ Follow**
Amazon FBA Prep | E-commerce &
Subscription Box Fulfillment
1w · ⊕

🏠          👥            ➕            🔔            💼
Home    My Network       Post      Notifications      Jobs

# Exhibit 82



Exhibit 83



Exhibit 84



Exhibit 85



4:36

Manage posts

**Seth Aikens II**
Mar 19, 2020 · 

Almost #3000 people are #signedup to print medical supplies for hospital shortages. #3DPrinting #COVID19

8:34
◄ Search

docs.google.com

← 3D Printer Crowdsourcing for ...

**Form Responses 1**

| | | | |
|---|---|---|---|
| 2648 | 3/19/2020 15:39:56 | Mark Brown | Oklahom |
| 2649 | 3/19/2020 15:45:38 | Adrian aghaie | San jose |
| 2650 | 3/19/2020 15:45:40 | Gareth ladley | London |
| 2651 | 3/19/2020 15:50:33 | Seth | Opelika, |
| 2652 | 3/19/2020 15:53:17 | David Clarke | Barnsley |
| 2653 | 3/19/2020 15:53:33 | Mike Cagle | Tucson |
| 2654 | 3/19/2020 16:00:05 | Ben | Hazard |
| 2655 | 3/19/2020 16:08:09 | Ian Staples | Chester, |
| 2656 | 3/19/2020 16:12:24 | Ben | Hazard, |
| 2657 | 3/19/2020 16:18:46 | Brian J Robbins | Huntsvill |
| 2658 | 3/19/2020 16:24:44 | Alec Miller | Boston |
| 2659 | 3/19/2020 16:25:32 | Jeremy R Benjamin | Los Ange |
| 2660 | 3/19/2020 16:26:06 | Matthew Robinson | Nottingha |
| 2661 | 3/19/2020 16:27:30 | SAMMY WAISSMANN | São Pau |
| 2662 | 3/19/2020 16:27:42 | Jon Scalise | Austin |
| 2663 | 3/19/2020 16:29:17 | Christian | Everett, |
| 2664 | 3/19/2020 16:30:20 | Jill Shah | Redmon |
| 2665 | 3/19/2020 16:30:24 | Josh Nichols | Tewksbu |
| 2666 | 3/19/2020 16:32:37 | PurplePolecat | Boston |
| 2667 | 3/19/2020 16:35:21 | James McCormick | West Alli |

Next

Remove tags, hide or delete multiple posts all at once.

## Exhibit 86



Exhibit 87



## Exhibit 88

**4:39**

**‹**          **Manage posts**

arop.

🔵🔴 Beck Deitz and 4 others

**Seth Aikens II** is with **Abby Aikens**.
Feb 27, 2020 · 👥

New App we are building for a client.
#AirBNB-Like

We are building the website, ios app and
android app.

We are also designing the entire project.



🔵🔴 Beck Deitz and 3 others

**Seth Aikens II** is with **Abby Aikens**.
Feb 27, 2020 · 👥

Makes me think that even when I cough
Lucas always comes and checks on me and
tells me he hopes I feel better. #MissedABeat
❤️❤️

Next

Remove tags, hide or delete multiple posts all at once.

Exhibit 89

4:36

**Manage posts**

we still have the same rates of non
#COVID19 related illnesses, e.g. heart
attacks, COPD exacerbations, sepsis from
bacterial infections etc.
#PracticeSafeDistancing

👍❤️ 2

☐  **Seth Aikens II** is with **Abby Aikens**.
Mar 18, 2020 · 👥

https://covid19pa.com. Website we built for
awareness. #StopTheSpread if you have
symptoms use our #HospitalFinder



covid19pa.com
**Urgent - PA COVID-19 Information Center**

☐  **Seth Aikens II** is 😕 feeling
perplexed.
Mar 17, 2020 · 👥

SoftBank owned Patent Troll, using monkey
selfie law firm, sues to block Covid-19

Next

Remove tags, hide or delete multiple posts all at once.

Exhibit 90



# Exhibit 91





# Exhibit 93







Exhibit 95



https://devpost.com › software › em...

## EmergiCare - Devpost

Sep 18, 2016 — EmergiCare - EmergiCare compensates for lack of emergency services funding by providing GPS tracking during 911 calls using SMS.



# Exhibit 96



Exhibit 97



Exhibit 98



# Exhibit 99



Exhibit 100



Exhibit 101



Exhibit 102



# Exhibit 103



Exhibit 104



# Exhibit 105



# Exhibit 106



# Exhibit 107



Exhibit 108



# Exhibit 109



# Exhibit 110



# Exhibit 111



# Exhibit 112



Exhibit 113



# Exhibit 114



Exhibit 115



# Exhibit 116







Exhibit 118



Exhibit 119



# Exhibit 120



# Exhibit 121



# Exhibit 122



Exhibit 123



Exhibit 124



Exhibit 125



1:40    .ull 🔋 52

≡ SW Return Case No. 22-750.p...  ⌄    Done

📖 1 of 6

...or Other Reliable Electronic Means          ☑ Original      ☐ Duplicate Original

## UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

In the Matter of the Search of

*(Briefly describe the property to be searched*

*or identify the person by name and address)*                 Case No. 22-750

60 Rocky Grove Lane, Crown, PA 16220                         **[UNDER SEAL]**

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the       Western       District of       Pennsylvania
*(identify the person or describe the property to be searched and give its location):*
Please see Attachment A, Incorporated herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
Please see Attachment B, Incorporated herein

**YOU ARE COMMANDED** to execute this warrant on or before       June 6, 2022       *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to       Duty Magistrate Judge
                                                          *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    05/23/2022 11:00 am                          *Maureen P. Kelly (signature)*
                                                                    *Judge's signature*

City and state:    Pittsburgh, Pennsylvania                Honorable Maureen P. Kelly, Magistrate Judge
                                                              *Printed name and title*

---

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

**Return**

| Case No.: 22-750 | Date and time warrant executed: 05/24/2022  7:10 AM | Copy of warrant and inventory left with: Gabrielle Akens |
|---|---|---|

Inventory made in the presence of :   Postal Inspector Martin Blow

Inventory of the property taken and name(s) of any person(s) seized:

See attached  Evidence Recovery Log (4 pages)

⬆️        Ⓐ            ☑️              🔍

# Exhibit 126



**1:40**

SW Return Case No. 22-750.p... ⌄    **Done**

property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

2 of 6    3/2022 11:00 am

*Judge's signature*

City and state:  Pittsburgh, Pennsylvania

Honorable Maureen P. Kelly, Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

**Return**

| Case No.: 22-750 | Date and time warrant executed: 05/24/2022  7:10 AM | Copy of warrant and inventory left with: Gabrielle Aikens |
|---|---|---|

Inventory made in the presence of :  Postal Inspector Martin Blow

Inventory of the property taken and name(s) of any person(s) seized:

See attached  Evidence Recovery Log (4 pages)

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  05/31/2022

*Executing officer's signature*

David Gealey  U.S. Postal Inspector
*Printed name and title*

Page 1 of 4

## Exhibit 127

1:41

SW Return Case No. 22-750.p...  ⌄   Done

David Gealey   U.S. Postal Inspector
Printed name and title

📖 3 of 6



**Page 1 of 4**

### EVIDENCE RECOVERY LOG

LOCATION: 60 Bucky Gene Lane, Crown PA 16228
DATE: May 24, 2022
CASE NUMBER: 276396-MF
PREPARED / ASSISTANTS: Inspector Blow

Inspector Gealey, Inspector Westerly, Inspector Hayden, Inspector McMurtrie, SA Ottman, SA Opelman, SA Garr, Trooper Hocklan, SA Psanic

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY | PHOTO | MISCELLANEOUS COMMENTS |
|---|---|---|---|---|---|
| 180010634944 | One silver 16 ounce Microsoft device with black charging cord S/N: 011421581454 | Room K | Inspector Westerly | | |
| 180010634943 | One silver HP laptop model 14m-dd0013dx S/N: 8CG9300YNN | Room P | SA Coleman | | |
| 180010634942 | One light colored Inspiron laptop model G6AC12 S/N: N5BBN200334257 | Room P | SA Coleman | | |
| 180010634941 | Bulk documents | Room P | SA Garr | | |
| 180010634940 | Bulk documents | GMC truck | Inspector Hayden | | |
| 180010634949 | One black Lenovo laptop | GMC truck (front seat) | Inspector Hayden | | |
| 180010634945 | One black Lenovo laptop | GMC truck (back seat) | Inspector Hayden | | |
| 180010634946 | Bulk documents | Room R | Inspector Westerly | | |
| 180010634947 | Legal document | Room R | Inspector Westerly | From Tisdale & Associates, Inc. |

October 2007

LIFECYCLE—Not to be released outside the Postal Inspection Service
© 2007 United States Postal Service – All Rights Reserved

**Page 2 of 4**

...ANEOUS ...ENTS
... Associates, ...
...

Exhibit 128



1:41

SW Return Case No. 22-750.p...   Done

4 of 6

Page 2 of 4

### EVIDENCE RECOVERY LOG

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY | PHOTO | MISCELLANEOUS COMMENTS |
|---|---|---|---|---|---|
| 1B00063X860 | Legal mailing | Room E | Inspector Wacholz | | From Tyrone & Associates, Inc. |
| 1B00063X858 | Bulk documents | Mercedes sedan | Inspector Hayden | | |
| 1B00063X858 | Box of white containers with the label New Day Oils | Room P | Inspector Wacholz | | |
| AS1379657 | 2020 Arctic Cat Prowler Pro Crew Side by Side VIN: 4UF20MPV9LT002384 | Driveway | Inspector Hayden | | |
| AS1379658 | 2009 Mercedes Benz C350 VIN: WDDGF81X79R092322 | Driveway | Inspector Hayden | | |
| AS1379654 | 2011 GMC Sierra 2500 HD VIN: 1GT42 knBkt43106 | Driveway | Inspector Hayden | | |
| AS1379655 | Hydorheat Pressure Washer Model 1050023355 S/N: 20180303 | Barn | Inspector Hayden | | |
| AS1379658 | Kubota Excavator Model U0019-4SSA S/N: 17704 with accessories | Barn | Inspector Hayden | | |
| 1B00063X853 | Bulk storage media and papers listing passwords | Room O | SA Coleman | | |
| 1B00063X851 | Bulk documents | Room O | SA Coleman | | |
| AS1379642 | One box of misc. documents and business records | Room M | Inspector Seeley | | |
| 1B00063X857 | Trail camera case - plastic | Room M | Inspector Seeley | | In a Paterninie camera |

Page 3 of 4



Exhibit 130



Office@TroeseLaw.com        415 Madison Road, Clarion, PA 16214        814-297-8043

TroeseLaw

Home    About Us    Blog    Service Area    Practice Areas    Contact Us

**Clarion County Lawyer**

Are you facing a legal challenge? Whether you're an individual, a family, or a business, you need practical wisdom and trusted advice to overcome the obstacles ahead.

At Troese Law, we understand the importance of a strong, committed legal team. For over 15 years, we've been fighting for our clients' rights and delivering results. We know what it takes to win, and we're ready to fight for you.

Don't wait another moment to take action. Contact us today to schedule your consultation and get the legal support you need. Trust us to provide practical wisdom and trusted advice – and to be your hero in the courtroom.

Contact Us Today

**Troese Law, A Clarion County Firm**



Our team at Troese Law is committed to providing personalized and effective legal representation to each and every client. We believe in building strong relationships with our clients and working closely with them to achieve the best possible outcome for their unique circumstances. Whether you are facing a legal challenge, seeking advice, or need representation in court, we are here to help.

We take pride in our extensive knowledge of the law and our commitment to staying up-to-date with the latest developments in our field. Our goal is to help our clients navigate the complex legal system with ease and confidence, while always keeping

# Exhibit 131

**Exhibit 131.1**: ClickToReserve - Titus Hill Signing Up - Booking and using user functions.mp4
https://mega.nz/file/ntwWhBbB#2_L8P0BPIfQ3g6nZg4hS63Fyhs0yIreNuEzs_o9xiN0

**Exhibit 131.2**: ClickToReserve - Web - Admin - Run Through by Red Thread Tech - 2nd.mp4
https://mega.nz/file/bsBgRADB#M98F_cIvR9wK2vZunbHdFCyiQmyj7mucBtOutRFlKcc

**Exhibit 131.3**: ClickToReserve - Web - Admin - Run Through by Red Thread Tech.mp4
https://mega.nz/file/Ktwj2KKJ#9lgCTbPZfP9BwyCOzmyh-PU_jAkYKqvexeS8dVuPPe8

**Exhibit 131.4**: ClickToReserve - Web - Host Adding a Listing & Titus Viewing - Run Through
by Red Thread Tech.mp4
https://mega.nz/file/XhJxERRL#THdHsug9HD7AzzPgOgUwH3ayNHZbM-k5JPxyl5oIejY

**Exhibit 131.5**: e911 - iOS - App - Run-Through.mp4
https://mega.nz/file/W1JE3AhS#5qEvSw2ttjgXaf_uU9KcP3MwBxRPc8KN8-9UeNZ2NyA

**Exhibit 131.6**: e911 - Android - App - Run-Through.mp4
https://mega.nz/file/Hw4wXD4S#MS7bFiOZRWHCz17mkgPSsXHpq2LU8MCGcBeKQMJ6yC
E

**Exhibit 131.7**: Emergicare e911 w Spanish - Android App Run-Through.mp4
https://mega.nz/file/ns4EHS6S#G70W9_Tn-9_Xn1tySS3joYTh6BRCykRjt-mxT2Jtyy4

**Exhibit 131.8**: Emergicare e911 w Spanish - iOS App Run-Through.mp4
https://mega.nz/file/mkoE1KyA#z21cXWEVTvVpJQn9Hb2pq_zMrrwjIVRVzZmD4SgMlXM

**Exhibit 131.9**: Encryption Explainer.mp4
https://mega.nz/file/fxxj3QDS#_XMhypLjEIyJL5UDKZ0MJuW-BpnPuMjCGoYhld3cD4c

**Exhibit 131.10**: Heartbeat Keepsake - Run Through - Android.mp4
https://mega.nz/file/DoRWwbhJ#g3RNwPct0-Pd8B2EAdzvOXDZf-v2lUkx93Vwffqpw7Y

**Exhibit 131.11**: Heartbeat Keepsake - Run Through - iOS.mp4
https://mega.nz/file/S8IDzKaB#lE9V5ynL-Gu3sC2ShML2BKfh06YhYfnWXxW6Wxlv2Fl

Exhibit 131.12: How_To_Parse.mp4
https://mega.nz/file/L4JQjbBI#Lyza1c-Q-U12iTHyywTQgGCLDWy6yqhfDQzY9lmd7vo

**Exhibit 131.13**: ManageZuRI - Android Demo by Red Thread Tech.mp4
https://mega.nz/file/f1QR1QTb#Dk53A2EjTnRc1nEG7sfty8MvNVdZsQ-IpeFfj2EOHvI

**Exhibit 131.14**: ManageZuRI - iOS Demo by Red Thread Tech.mp4
https://mega.nz/file/6xpwxZxa#604qtRN4bKgcB_mNYkguokyYmNt0usWxnw8nUb4ZDdw

**Exhibit 131.15**: ManageZuRI - Web Demo by Red Thread Tech.mp4
https://mega.nz/file/yh5GmBQY#ykRGOgQMy-KZPF_07XePogAPYKA1VAlGNrb8PbvLukE

**Exhibit 131.16**: PurestFormCBD - Payment Processing Plugin Test & Walkthrough.mp4
https://mega.nz/file/3o5jjBCT#R09jwRTEwyuUmybBTKa297GXX0L3F5BAV1fCYRc7lSU

## Exhibit 132

**Exhibit 132.1:** Ruff Bark Tracking - iOS Mobile WebView - Tracking Android Client Truck.mp4

https://mega.nz/file/v0ZXGa6J#HrFLkcN0PY8n_JUT0TjNYxm6XKLyO76w_1su4on39co

**Exhibit 132.2:** Ruff Bark Tracking - Web & Android Client Connecting to Web Manager.mp4

https://mega.nz/file/3xQRhSjR#8ygZ8cMCpm2oYnmXvmaZ76r-HsQhCl9hzryEWTF_rW8

**Exhibit 132.3:** Ruff Bark Tracking - Web Truck Admin View Routes for GPS Recorded Travel.mp4

https://mega.nz/file/H8wDkA4a#5ez0FpsMQIb0eOoQ2hIiXCIa7ndTytqVJy4n36VVI8c

**Exhibit 132.4:** Ryan and Erick TrailCam and Lights Talk.mp4

https://mega.nz/file/akIHjLgS#0_wiVIzbKXxcpUbdX-F7xnWZhJlr-HkHqEI_CDcvWVc

**Exhibit 132.5:** ZuRICBD - Web - Inventory - QuickBooks & Tax Integration (Ohio & PA Test).mp4

https://mega.nz/file/D1BXVTLB#HzLThE4v39SkpJlKvRq-7Nn4POsd7JAZJe4liCI1lbk

**Exhibit 132.6:** ZuRICBD - Web - Inventory Run - Through by Red Thread Tech.mp4

https://mega.nz/file/W0hSXTJA#vAZ5eNc6ZzzXRATGnfPqeVUugahCX-jPZayYzI5aQPA

**Exhibit 132.7:** ZuRICBD & Kaizen - Payment Processing Plugin Test & Walkthrough.mp4

https://mega.nz/file/v1JGTJwR#AXH7H63SoYBNUKivA1lz4kiQTnkGDROouzTgHPbAz20